Julia Y. DYCKMAN, Appellant

v.

Dennis V. DYCKMAN, Appellee.

Supreme Court of Pennsylvania.

Argued Nov. 19, 2013.

Decided Nov. 26, 2013.

Karl Robert Hildabrand, Esq., Jessica Sydney Hosenpud, Esq., Harrisburg, for Julia Y. Dyckman.

Darren John Holst, Esq., Howett, Kissinger & Holst, P.C., Harrisburg, for Dennis V. Dyckman.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**